| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Gregory Dovel<br>Dovel & Luner LLP<br>201 Santa Monica Blvd Suite 600<br>Santa Monica, CA 90401<br>  *Telephone No:* 310-656-7066<br>  *Attorney For:* Plaintiff     *Ref. No. or File No.:* | For Court Use Only |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

*Plaintiff:* Robert Stephen Kramer, Individually and On Behalf of All Others Similarly Situated,
*Defendant:* ALTERRA MOUNTAIN COMPANY and IKON PASS INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:20-cv-01057-SKC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Class Action Complaint

3. a. Party served:     ALTERRA MOUNTAIN COMPANY
   b. Person served:    Lynanne Gares, Corporation Service Company, Registered Agent
                        Served under F.R.C.P. Rule 4.

4. Address where the party was served:    251 Little Falls Dr, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Apr 16 2020 (2) at: 11:35 AM

6. **Person Who Served Papers:**
   a. John Garber
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $115.78

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

04/20/2020
(Date)                              (Signature)



PROOF OF SERVICE

4482313
(4343917)