**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-cv-01057-RM-SKC

ROBERT STEPHEN KRAMER, Individually and On Behalf of All
Others Similarly Situated,

    Plaintiffs,

v.

ALTERRA MOUNTAIN COMPANY and
IKON PASS INC.,

    Defendants.

---

## ORDER

---

    This matter is before the Court on the parties' Joint Motion to Consolidate (the "Motion") (ECF No. 19) seeking to consolidate five other actions pending in this District with the above-captioned case for pretrial proceedings. The Motion was filed pursuant to Fed. R. Civ. P. 42(a)(2) and D.C.COLO.LCivR 42.1.

    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, in actions which involve "a common question of law or fact," the court may consolidate the actions or issue any other orders to avoid unnecessary cost or delay. Under this District's Local Rules, "[a] motion to consolidate…shall be decided by the district judge to whom the lowest numbered case is assigned." D.C.COLO.LCivR. 42.1. Whether to consolidate is vested in the broad discretion of the district court. *American Employers' Ins. Co. v. King Res. Co.*, 545 F.2d 1265, 1269 (10th Cir. 1976).

    The parties' contend, and the Court's review finds, the six actions involve common

questions of law or fact. Specifically, all actions at issue are putative class actions against the above-named Defendants which seek to recover the unused value of certain ski passes following the COVID-19 closures. Although some of the claims may vary, all actions include claims for breach of contract and unjust enrichment. Accordingly, it is **ORDERED**

(1)    That the Joint Motion to Consolidate (ECF No. 19) is GRANTED;

(2)    That pursuant to Federal Rule of Civil Procedure 42(a)(2) and D.C.COLO.LCivR 42.1, the related actions *Eckert v. Alterra Mountain Co. and Ikon Pass, Inc.*, No. 1:20-cv-01158-NYW, *Farmer v. Alterra Mountain Company U.S. Inc. and Ikon Pass, Inc.*, No. 1:20-cv-01175-DDD-MEH, *Cleaver v. Alterra Mountain Co. and Ikon Pass, Inc.*, No. 1:20-cv-01186-RBJ, *Werner et al. v. Alterra Mountain Co. and Ikon Pass, Inc.*, No. 1:20-cv-01254-SKC, and *Steijn et al. v. Alterra Mountain Co. U.S. Inc.*, No. 1:20-cv-01347-SKC are consolidated with the above-captioned action for pretrial proceedings;

(3)    That Magistrate Judge S. Kato Crews shall be the sole referral magistrate judge in this action consolidated for pretrial purposes;

(4)    That all papers in this consolidated action shall be filed in the lowest case number, No. 20-cv-01057-RM-SKC; and

(5)    That this Order shall also be filed in the five related cases set forth in number (2) above.

DATED this 18th day of May, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge