# E<span>VANGELISTA</span> W<span>ORLEY</span> LLC

500 Sugar Mill Road
Suite 245A
Atlanta, Georgia 30350
404.205.8400

## Firm Resume

Evangelista Worley, LLC focuses on complex, high value, financial fraud-related litigation and other complex business and consumer class action litigation matters. The firm also represents institutional and individual investors in securities fraud class actions, shareholders in derivative litigation, and bankruptcy trustees and public venture debt lenders in direct litigation against company's officers and directors, as well as against accounting firms and other professional advisors for breaches of fiduciary duties and outright fraud. Finally, the Firm's attorneys also have represented plaintiffs in major consumer class action litigation.

The breadth of the Firm's partners' experience is reflected in the various lead, co-lead, liaison and local counsel roles they served in the prosecution of numerous class action and direct litigations as well as the results they directly helped to achieve including:

- *In Re: Equifax, Inc. Customer Data Security Breach Litigation*, No. 1:17-md-02800-TWT (N.D. Ga.)(appointed co-liaison counsel in nation's largest consumer class action data breach; settlement valued in excess of $1 billion benefit to class members approved by district court, currently on appeal to 11th Circuit);

- *In re Deutsche Telekom AG Securities Litigation,* No. 00 Civ. 9475(SHS) (S.D.N.Y.) ($120 million recovery in securities fraud class action);

- *In re Mutual Funds Investment Litigation,* MDL 1586 (D. Md.) ($75 million recovery for mutual fund investors against multiple mutual fund companies for violations of federal securities and investment company laws);

- *In Re: Bank of America Corp Stockholder Derivative Litigation,* C. A. No. 4307-VCS (Del. Ch.), and intervention action in *In Re: Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation,* Master File No. 09-cv-00808 (S.D.N.Y.) (appointed co-lead counsel; increase of competing inadequate $20 million settlement of shareholder derivative class action regarding purchase of Merrill Lynch to $62.5 million);

- *In Re: Providian Financial Corp. Sec. Litig.*, C 01-3952 (N.D. Ca.) ($65 million recovery in securities fraud class action);

# EVANGELISTAWORLEY LLC

- *Central Laborers Pension Fund v. Sirva,* No. 04 C-7644 (N.D. Ill.) ($53.5 million recovery in securities fraud class action);

- *South Ferry LP #2 v. Killinger, (Washington Mutual, Inc.),* No. CV04-1599C (W.D. Wa.) ($41.5 million recovery in securities fraud class action);

- *In Re: Dell, Inc., Securities Litig.*, No. 1:06-cv-726 (W.D. Tx.) (securities fraud class action) ($40 million recovery in securities fraud class action, following *unfavorable* ruling on MTD);

- *In Re: BellSouth Corporation Sec. Litig.,* No. 1:02-CV2142-WSD (N.D. Ga.) ($35 million recovery in securities fraud class action);

- *In re Beazer USA, Inc. Securities Litigation,* No. 1:07-cv-725-CC (N.D. Ga.) ($30.5 million recovery in securities fraud class action);

- *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation*, No. 1:14-md-02583 (N.D. Ga.) (appointed co-lead counsel in consumer class action data breach; settlement valued in excess of $25 million benefit to class members);

- *In Re: Evergreen Ultra Short Opportunities Fund Securities Litigation,* No. 1:08-cv-11064-NMG (D. Mass.) (appointed co-lead counsel; $25 million recovery in securities fraud class action);

- *Eaves, et al. v. Earthlink*, Case No. 05-CV-97274 (GA Superior, Fulton Cty) (acting co-lead counsel in consumer fraud class action; recovery of on behalf of proposed class for improper termination fee charges, settlement value up to $26 million);

- *Baker v. MBNA Corp.*, No. 05-cv-0272 (D. Del.) ($25 million recovery in securities fraud class action);

- *In Re: Cryolife Sec. Litig.*, No. 1:02-CV-01868 (N.D. Ga.) ($23.25 million settlement in securities fraud class action);

- *Plymouth County Retirement Systems v. Carter's, Inc. et al.*, No. 08-CV-2940-AT (N.D. Ga.) (appointed liaison counsel; total recovery against officers and directors and outside auditors of over $23 million in securities fraud class action);

- *In Re: AFC Enterprises Sec. Litig.*, No. 1:03-CV-817 (N.D. Ga.) ($15 million recovery in securities fraud class action);

- *In Re: NPS Pharmaceuticals, Inc. Sec. Litig.,* No. 06-cv-00570 (D. Utah) ($15 million recovery in securities fraud class action);

- *Welmon v. Chicago Bridge & Iron Co. N.V.,* No. 06-CV-01283 (JES) (S.D.N.Y.) ($10.5 million recovery in securities fraud class action);

- *Schulte v. Fifth Third Bank*, 09-CV-06655-RMD (N.D. Ill.) ($9.5 million settlement in consumer fraud class action);

- *In Re: Internap Network Services Corp. Securities Litig.*, No. 1:08-cv-03462-JOF (appointed liaison counsel; $9.5 million settlement in securities fraud class action);

- *Coast Buick GMC Cadillac, Inc., et al. v. Mahindra & Mahindra, LTD.*, 1:12-cv-01935 (N.D. Ga.) ($7.5 million recovery on behalf of national group of car dealers in fraud and unjust enrichment action against foreign auto manufacturer);

- *Primavera Investors v. Liquidmetal Technologies, Inc.*, 8:04 CV 919 T 23EAJ. (M.D. Fla.) ($7.025 recovery in securities fraud class action);

- *In Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, No. 1:14-md-01720-MKB-JO (E.D.N.Y.) (recovered over $5.6 million for several class settlement opt-out plaintiffs);

- *In re Atlas Air Worldwide Holdings, Inc. Securities Litigation*, No. 02 Civ. 8334(WCC). (S.D.N.Y) ($5.5 million recovered in securities fraud class action);

- *Marsden v. Select Medical Corp.*, 04-cv-4020 (E.D. Pa.) ($5 million recovered in securities fraud class action);

- *PLA LLC v. Advanced Neuromodulation Systems Inc.*, 4:05-CV-00078 (E.D. Tex.) ($5 million recovery in securities fraud class action);

- *In Re: First Horizon Pharmaceutical Corporation Sec. Litig.*, Civil Action No. 1:02-CV-2332-JOF (N.D. Ga.) ($4.65 million recovery in securities fraud class action);

- *Friedman v. Rayovac Corp.*, 02-C-0308-C, 02-C-325-C, 02-C-370-C (M.D. Wisc.) ($4 million recovery in securities fraud class action).

- *Liquidating Trustee of Verso Technologies v. Tauber & Balser P.C., et al.*, 1:11-cv-02995 (AT) (N.D. Ga.) ($4 million recovery, including $100,000 in sanctions for defendants' and their counsel's discovery malfeasance, in

accounting fraud and misrepresentations by bankrupt public company's outside auditors);

- *Liquidating Trustee of the Verso Technologies v. Odom, et al.*, 1:09-cv-1293 (AT) (N.D. Ga.) ($3.5 million recovery against former officers & directors of bankrupt public company);

- *Sewright v. ING Groep N.V*, No.1:09-cv-00400-JEC (N.D. Ga.) ($3.5 million recovery for ERISA class of employees);

- *Liquidating Trustee of the Estates of Verilink and Larscom v. Powell Goldstein, et al.*, 5:11-CV-03877 (CLS) (N.D. Ala.) (multi-million recovery against outside corporate legal counsel to bankrupt public company for professional liability) (settlement amount confidential);

- *Liquidating Trustee of the Estates of Verilink and Larscom v. Belden, et al.*, 08-80072 (JAC) (N.D. Ala. Bkcy.) (multi-million recovery against former officers & directors of bankrupt public company; professional liability against former investment advisors) (settlement amount confidential);

- *Arnold, et al. v. Clayton County School District*, No. 1:12-cv-03455 (N.D. Ga.) (wage and hour recovery of over $1 million on behalf of group of custodial workers);

- *In Re: Ebix. Inc. Shareholder Derivative Action,* Superior Court of Fulton County, GA, Civil Action No. 2011CV205276 (appointed liaison counsel; strong corporate governance improvements in resolution of derivative shareholder class action against directors' for alleged breaches of fiduciary duties, abuse of control, and gross mismanagement of public company);

- *In Re: EasyLink Services International Corp.*, Civil Action No. 12A-04020-3 (Superior Court of Gwinnett County, GA) (appointed liaison counsel; achieving material, supplemental disclosures regarding terms and valuation of public company in connection with acquisition in resolution of derivative shareholder class action against directors of public company);

- *In Re: Comprehensive Care Corp. Shareholder Litig.*, Cons. C.A. No. 2692 (halted procedurally unfair merger);

- *Criddle v. CNF, Inc.*, CA No. 434340 (San Mateo, Ca.) (derivative action resulted in corporate governance changes to address specific misconduct alleged in the complaint relating to aircraft safety and maintenance reporting issues);

- *In re NYSE Euronext* (S.D.N.Y.) (represented shareholders in NYSE Euronext challenging proposed merger with Deutsche Boerse resulting in increase in per share price and additional disclosures);

- *In re EON Labs* (Del. Ch.) (represented shareholders of EON Labs challenging proposed merger with Swiss pharmaceutical company);

- *Broome, et al. v. Clayton County School District*, 1:15-cv-03066-SCJ (N.D. Ga.) (substantial recovery in follow-up wage and hour action on behalf of group of custodial workers).

Indeed, speaking directly to Mr. Evangelista while with his prior firm and during an attorneys' fee hearing, the Hon. Charles R. Breyer congratulated the $65 million class settlement he helped achieve and stated:

> [Y]ou worked ... like demons. You absolutely worked. And by working as hard as you worked, you got it. You got the settlement that I have to believe was a good settlement. ... So I thought you did a fine job, and you came right up to the plate when it was necessary.

*In Re: Providian Financial Corp. Sec. Litig.,* Master File No. C 01-3952 CRB (N.D. Cal.).

# EVANGELISTAWORLEY LLC

## Professionals

**James M. Evangelista**
**Partner**

Jim Evangelista has over 29 years of diverse, hands-on, complex financial fraud, commercial and class action litigation experience representing both plaintiffs and defendants in federal and state courts around the United States. Jim's broad plaintiffs' experience includes the representation of county governments in Fair Housing Act litigation against some of the largest financial institutions in the United States. Jim also has represented institutional pension funds, public corporations and individual investors in securities fraud class action, financial fraud litigation, merger and acquisition, shareholder derivative, and general business tort and commercial litigation against public companies such as AT&T, Bank of America, Beazer Homes USA Inc., BellSouth Corp., Cingular Wireless, Coca Cola Enterprises, Inc., Dell Inc., Mirant Corp., New York Community Bankcorp, Spectrum Brands Inc., Verizon, Vonage Holdings Corp., and Washington Mutual Bank. Visit http://www.ewlawllc.com/attorney-james-evangelista.html for more details.

**David J. Worley**
**Partner**

David Worley has over 30 years of experience in complex civil trial and appellate litigation, with substantial experience in securities, data breach and other consumer class action litigation, and many years representing trustees of union pension funds and international and local unions. He currently represents major counties in Georgia and other parts of the nation in complex high value Fair Housing Act financial harm cases, relating to the subprime lending and foreclosure crisis, against major money-center banks. He has been co-counsel in litigation on behalf of almost every large Georgia county against numerous telephone carriers alleging failure to charge and remit statutorily-required 911 fees. Bankruptcy trustees and other corporate stakeholders have relied on Mr. Worley in direct litigation against their company's officers and directors, and against company accounting firms and other professional advisors, for breaches of fiduciary duties and fraud. Visit http://www.ewlawllc.com/attorney-david-worley.html for more details.

**Kristi Stahnke McGregor**
**Partner**

Kristi Stahnke McGregor has over 18 years of experience representing investors, consumers, pension plan participants and small businesses in complex litigation involving the areas of securities, ERISA, breach of fiduciary duty, director and officer liability, unfair and deceptive trade practices, breach of contract, business torts, and class actions. Ms. McGregor also has experience representing clients in matters involving Germany and/or German companies or individuals, as well as victims of international human rights violations, including Holocaust survivors, and victims of international terrorism. Visit http://www.ewlawllc.com/attorney-kristi-stahnke-mcgregor.html for more details.

# EVANGELISTAWORLEY LLC

**Leslie G. Toran**
**Of Counsel**

Leslie Glover Toran has a long-held interest in the efficient and fair functioning of the financial markets and banking system. Ms. Toran has garnered significant experience litigating cases involving securities fraud, breach of fiduciary duty, corporate mismanagement, violations of intellectual property rights, antitrust violations, and other complex commercial matters. Ms. Toran has represented both plaintiffs and defendants in individual actions and class actions and in both state and federal courts. Visit http://www.ewlawllc.com/attorney-leslie-toran.html for more details.

**Hannah Drosky**
**Associate**

Hannah Drosky earned her B.A. in management from the Terry College of Business at the University of Georgia where she was a Zell Miller Scholarship recipient. After graduating cum laude with her undergraduate degree, Ms. Drosky received her J.D. cum laude from the Georgia State University College of Law. Ms. Drosky's business education background has been instrumental in advancing the interests of the Firm's clients and its active financial fraud litigations. Visit https://ewlawllc.com/attorneys/hannah-drosky.html for more details.