## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PHILLIP WERNER and RYAN COLLINS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTERRA MOUNTAIN COMPANY and IKON PASS INC.,<br><br>Defendants. | Civil Action No.: 1:20-CV-01254 |

## NOTICE OF APPEARANCE OF COUNSEL

Michael R. Cashman of the law firm Hellmuth & Johnson, PLLC, 8050 West 78th Street, Edina, Minnesota, 55439, hereby certifies that he is a member in good standing of the bar of this Court, and enters his appearance as counsel of record for Plaintiffs Phillip Werner and Ryan Collins.

Dated:  May 22, 2020

Respectfully Submitted,

HELLMUTH & JOHNSON, PLLC

By: /s/ Michael R. Cashman
   Michael R. Cashman (MN #206945)
   8050 West 78th Street
   Edina, Minnesota 55439
   Telephone: (952) 941-4005
   Facsimile: (952) 941-2337
   Email: mcashman@hjlawfirm.com

*Attorneys for Plaintiffs Phillip Werner and Ryan Collins*