# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 20-cv-01699-RM

JIE DU, individually and on behalf of a class of similarly situated individuals,

    Plaintiff,

v.

ALTERRA MOUNTAIN COMPANY U.S. INC., a Delaware Corporation, and
IKON PASS INC., a Delaware Corporation,

    Defendants.

---

## ORDER

---

    This matter is before the Court *sua sponte* upon review of this case. There are currently nine lawsuits before this Court seeking to recover the alleged unused value of certain ski passes following the COVID-19 closures of ski resorts. The Court has consolidated eight of these cases for pretrial purposes (*see* Consolidated Case No. 20-cv-01057-RM-SKC) and set a status conference via video teleconference for June 18, 2020 at 10:00 a.m. MDT (*see* Consolidated Case, ECF Nos. 30, 36).

    Counsel for the parties in this above-captioned case are also ordered to attend the June 18, 2020 status conference. The instruction for attorneys to access the court's systems is attached as Exhibit 1. ***Each law firm is limited to one video teleconference access (sign-in) to the court's system.***

    Accordingly, it is **ORDERED**

(1) That a status conference is set as stated above;

(2) That the Instructions (Exhibit 1) for attorneys shall be placed under a Level 1

restriction. However, any non-attorney or member of the public may listen to the status conference by calling Toll Free: 888-636-3807, using Access Code: 4296144#; and

(3) That the Clerk shall also file a copy of this Order in Civil Action No. 20-cv-1057-RM-SKC.

DATED this 15th day of June, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge