# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MATT SIMPSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTERRA MOUNTAIN COMPANY and IKON PASS INC.,<br><br>Defendants. | Civil Action No. 1:20-cv-01691-RM-SKC<br>(Consolidated for Pretrial and Filed in the Lead Case No. 1:20-cv-01057-RM-SKC)<br>20-cv-01158-RM-SKC<br>20-cv-01175-RM-SKC<br>20-cv-01186-RM-SKC<br>20-cv-01254-RM-SKC<br>20-cv-01347-RM-SKC<br>20-cv-01520-RM-SKC<br>20-cv-01583-RM-SKC<br>20-cv-01691-RM-SKC<br><br>**ENTRY OF APPEARANCE** |

To the Clerk of the Court and All Parties of Record:

I, Daniel C. Hedlund, of the law firm Gustafson Gluek PLLC, located at 120 South Sixth Street, Suite 2600, Minneapolis, Minnesota 55402, hereby certifies that I am a member in good standing of the bar of this Court, and I appear in this case as counsel of record for Plaintiff Matt Simpson ("Plaintiff").

Dated:   June 16, 2020                           Respectfully Submitted,

                                                 GUSTAFSON GLUEK PLLC

                                                 By: */s/ Daniel C. Hedlund*
                                                     Daniel E. Gustafson (MN #202241)
                                                     Daniel C. Hedlund (MN #258337)
                                                     **GUSTAFSON GLUEK PLLC**
                                                     Canadian Pacific Plaza
                                                     120 South Sixth Street, Suite 2600
                                                     Minneapolis, MN 55402

1

Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

***Attorneys for Plaintiff Matt Simpson and the Proposed Class***

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

            *s/ Daniel C. Hedlund*
            Daniel C. Hedlund