**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt | Date:   June 18, 2020 |

**CASE NO.   20-cv-01057-RM-SKC**

| Parties | Counsel |
|---|---|
| ROBERT STEPHEN KRAMER, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>ALTERRA MOUNTAIN COMPANY and IKON PASS INC.,<br><br>   Defendants. | Gregory Dovel<br><br><br><br><br><br>Kathryn Reilly |

## COURTROOM MINUTES

**STATUS CONFERENCE – Video Teleconference
Court in session:        10:05 a.m.**

Appearances of counsel:   20-cv-01057-RM-SKC, Gregory Dovel for Plaintiff; 20-cv-01158-RM-SKC, James Evangelista for Plaintff; 20-cv-01175-RM-SKC, Kathryn Stimson for Plaintiff; 20-cv-01186-RM-SKC, Robert Carey for Plaintiff; 20-cv-01254-RM-SKC, Richard Hagstrom for Plaintiff; 20-cv-01347-RM-SKC, Yeremy Krivoshey for Plaintiffs; 20-cv-01520-RM-SKC, Karen Menzies; 20-cv-01583-RM-SKC, Jordan Lurie for Plaintiff; 20-cv-01691-RM-SKC, Daniel Hedlund; 20-cv-01699-RM-SKC, Nicholas Lange; All cases, Kathryn Reilly for Defendants.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case and the pending Joint Motion of Plaintiffs Eckert and Cleaver for Appointment of Interim Co-Lead Counsel Pursuant to Rule 23(g) (Doc. 26).

**ORDERED:**   The Joint Motion of Plaintiffs Eckert and Cleaver for Appointment of Interim Co-Lead Counsel Pursuant to Rule 23(g) (Doc. 26) is DENIED WITHOUT

        PREJUDICE as stated on the record.   **On or before July 13, 2020,** those firms that wish to be considered for interim counsel and/or liaison counsel shall file "Leadership Briefs."   The briefs shall be a maximum of ten (10) pages, excluding the certificate of service and any signature block.   In addition to those ten (10) pages, firm resumes can be attached, as well as up to but no more than ten (10) pages of additional attachments.

Discussion regarding the Joint Proposed Initial Pre-trial Schedule (Doc. 39).

**Court in recess:**         **10:29 a.m.**
**Total in court time:**     **00:24**
**Hearing concluded**