| | |
|---|---|
| UNITED STATES DISTRICT COURT | DISTRICT OF COLORADO |
| Matt Simpson<br>     Plaintiff(s),<br>v.<br>Alterra Mountain Company, et al.<br>     Defendant(s), | Court File Number<br>20-cv-01691<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware ) SS
County of New Castle ）

I, Kevin S. Dunn, state that on Tuesday, June 16, 2020 at 1:45 PM I served the Summons, Complaint and Civil Cover Sheet upon Ikon Pass, Inc., therein named, personally at Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808, by handing to and leaving with Lynanne Gares, Service of Process Specialist at Corporation Service Company, the Registered Agent for Ikon Pass, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated:  6 / 16 /2020    _____
                   Kevin S. Dunn

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 240352 1156

Re: 6106-001



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com