IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 20-cv-01057-RM-SKC    Date: August 12, 2021
Courtroom Deputy: Amanda Montoya    FTR – Reporter Deck-Courtroom C-201*

| *Parties:* | *Counsel:* |
|---|---|
| ROBERT STEPHEN KRAMER, et al., | Jonas Jacobson |
| | Simon Franzini |
| | Yeremy Krivoshey |
| Plaintiff, | |
| v. | |
| ALTERRA MOUNTAIN COMPANY, et al., | Kathryn Reilly |
| | Michael Williams |
| | Ryan Cooke |
| Defendant. | |

# COURTROOM MINUTES

**HEARING: TELEPHONE RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:01 a.m.**
Court calls case.  Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **10** depositions, **excluding** experts.
Depositions shall not exceed one day of seven hours.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment of Pleadings: **September 27, 2021**
Fact Discovery Cut-off: **June 17, 2022**
Expert Discovery Cut-off: **September 16, 2022**
Dispositive Motions Deadline: **December 2, 2022**
Each side shall be limited to five testifying experts with one testifying expert per field of testimony.
Parties shall designate affirmative experts **on or before: July 15, 2022**
Parties shall designate rebuttal experts **on or before: August 19, 2022**
Deadline for Plaintiffs to file motion for class certification: **June 17, 2022**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than April 18, 2022.**

**JOINT STATUS REPORT** of no more than eight (8) pages, shall be filed no later than **December 17, 2021**. Counsel shall refer to this Court's practice standards for the specific areas needing to be addressed in the report.

**TELEPHONE FINAL PRETRIAL CONFERENCE** is set for **February 7, 2023 at 10:00 a.m.** Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.** (See the court's website for Instructions for Preparation and Submission)
Counsel participating in the conference shall jointly call the Court (303.335.2124) at the scheduled time.

Counsel shall be familiar with the practice standards of the assigned District Court Judge and of Magistrate Judge Crews.

To the extent Plaintiffs intend to depose other ski resorts in the Icon Pass Network, a motion shall be filed outlining good cause and an approximate number of the ski resorts they intend to depose.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 11:15 a.m.**
Total time in court:     00:14

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.