UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01057-RM-SKC
   Consolidated for Pretrial:
   20-cv-01158-RM-SKC;   20-cv-01175-RM-SKC
   20-cv-01186-RM-SKC;   20-cv-01254-RM-SKC
   20-cv-01347-RM-SKC;   20-cv-01520-RM-SKC
   20-cv-01583-RM-SKC;   20-cv-01691-RM-SKC
   20-cv-01699-RM-SKC;   20-cv-02021-RM-SKC
   20-cv-02907-RM-SKC

TIMOTHY GOODRICH, NOLTE MEHNERT, GEORGE T. FARMER, JOSEPH PANGANIBAN, ERIK ERNSTROM, W. WALTER LAYMAN, BRADLEY BRIAR, and KERI REID, each individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

ALTERRA MOUNTAIN COMPANY, ALTERRA MOUNTAIN COMPANY U.S. INC., and IKON PASS INC.,

      Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's August 12, 2021 Scheduling Order (ECF No. 106), Plaintiffs and Defendants submit this Joint Status Report.

The purpose of this report is to (1) generally summarize each parties' respective activities in discovery through the date of the Joint Status Report; (2) alert the Court to any pending and unresolved discovery disputes, if any; and (3) update the Court on the likelihood of settlement." *See* Magistrate Judge Crews's Practice Standards for Civil Cases § E.

**I.**      **Summary of Discovery.**

The parties have exchanged initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure. On September 2, 2021, Plaintiffs served Plaintiffs' First Set of Requests for

Production of Documents to Defendants, and on September 3, 2021, Plaintiffs served Plaintiffs' First Set of Interrogatories to Defendants. These discovery requests contain 15 requests for production and 12 interrogatories. Defendants responded and objected to both sets of discovery on October 25, 2021.

On October 1, 2021, Plaintiffs served third-party document subpoenas on the National Ski Areas Association, Inc. and Powdr Corporation. On October 15, 2021, Plaintiffs served a third-party document subpoena on RRC Associates, LLC. No objections or responses have been received yet.

The parties have since agreed to voluntarily stay all first- and third-party discovery in anticipation of mediation, which is scheduled for January 24, 2022. If mediation is unsuccessful, the parties anticipate moving to amend the Scheduling Order to allow sufficient time for continued discovery. However, the parties believe any such motion is premature at this stage.

**II.     Pending and Unresolved Discovery Disputes.**

The parties have not identified any disputes requiring Court intervention.

**III.    Prospect of Settlement.**

The parties have engaged a mediator and have agreed to mediate this case on January 24, 2022. The parties anticipate exchanging significant information ahead of that mediation, in an effort to efficiently and productively mediate in good faith. That said, the prospect of a mediated settlement is unclear at this time.

Dated: November 5, 2021.                         Respectfully submitted,


                                                 s/ *Kathryn A. Reilly*
Robert M. Schwartz                               Kathryn A. Reilly
Shon Morgan                                      Andrew M. Unthank
Michael Williams                                 Natalie E. West
Quinn, Emanuel, Urquhart & Sullivan LLP          Ryan W. Cooke
865 S. Figueroa Street, 10th Floor               Wheeler Trigg O'Donnell LLP
Los Angeles, California 90017                    370 Seventeenth Street, Suite 4500
Telephone: (213) 443-3000                        Denver, CO 80202
Facsimile: (213) 443-3100                        Telephone:  303.244.1800
Email:   robertschwartz@quinnemanuel.com         Facsimile:  303.244.1879
         shonmorgan@quinnemanuel.com             Email:   reilly@wtotrial.com
         michaelwilliams@quinnemanuel.com                 unthank@wtotrial.com
                                                          west@wtotrial.com
                                                          cooke@wtotrial.com

*Attorneys for Defendants*


                                                 s/ *Jonas B. Jacobson*
 Yeremey Krivoshey                                Jonas B. Jacobson
 Scott Bursor                                     Simon C. Franzini
 BURSOR & FISHER, P.A.                            Gregory S. Dovel
 1990 North California Blvd., Suite 940           Julien A. Adams
 Walnut Creek, California 94596                   DOVEL & LUNER, LLP
 Telephone:  925.300.4455                         201 Santa Monica Blvd., Suite 600
 Facsimile:  925.407.2700                         Santa Monica, California 90401
 Email: ykrivoshey@bursor.com                     Telephone:  301.656.7066
        scott@bursor.com                          Facsimile:  301.656.7069
                                                  Email:   jonas@dovel.com
                                                           simon@dovel.com
                                                           greg@dovel.com
                                                           julien@dovel.com

*Interim Co-Lead Class Counsel*

3