# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01057-RM-SKC
  Consolidated for Pretrial:
  20-cv-01158-RM-SKC;   20-cv-01175-RM-SKC
  20-cv-01186-RM-SKC;   20-cv-01254-RM-SKC
  20-cv-01347-RM-SKC;   20-cv-01520-RM-SKC
  20-cv-01583-RM-SKC;   20-cv-01691-RM-SKC
  20-cv-01699-RM-SKC;   20-cv-02021-RM-SKC
  20-cv-02907-RM-SKC

TIMOTHY GOODRICH, NOLTE MEHNERT, GEORGE T. FARMER JOSEPH PANGANIBAN, ERIK ERNSTROM, W. WALTER LAYMAN, BRADLEY BRIAR, and KERI REID, each individually and on behalf of all others similarly situated,

  Plaintiffs,

  v.

ALTERRA MOUNTAIN COMPANY, ALTERRA MOUNTAIN COMPANY U.S. INC., and IKON PASS INC.,

  Defendants.

## DECLARATION OF RYAN CHUMLEY OF ANGEION GROUP, LLC RE: COMPLAINCE WITH COURT ORDER

I, Ryan Chumley, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  Pursuant to this Court's Minute Order (ECF No. 136) entered on October 19, 2022, Angeion has modified the Claim Form, which is available to view and download on the Settlement Website. The language of the online claim portal was also modified accordingly. A true and accurate copy of the modified Claim Form is attached hereto as **Exhibit A**.

Dated: October 19, 2022

*Ryan Chumley*
RYAN CHUMLEY

# Exhibit A

**2019-2020 Ikon Pass Class Action Litigation Settlement**
# Claim Form - Instructions

IKON-CA

Instructions

**Instructions for Completing the Enclosed Claim Form**

The Parties have reached a settlement agreement in a class action lawsuit against Alterra Mountain Company and related companies seeking money back for 2019-2020 Ikon Passes and Ikon Base Passes ("2019/20 Ikon Passes") because of ski resort closures in March 2020 due to COVID-19. The Settlement Class includes all persons in the United States who purchased or received as a gift any form of Ikon pass for the 2019/20 season, subject to some conditions described in the full Settlement Agreement. If Alterra's records indicated that you are a member of this class, you should have received an email or mail notice of this settlement. Please check the email address associated with your Ikon Pass account if you believe you are a member of this Class and are not sure if you have received notice.

**If you believe you are a member of this class, and wish to elect to receive a Lift Product Voucher instead of an Ikon Pass Credit, then you must complete and submit the enclosed Claim Form online or by U.S. Mail at the addresses provided below. If you wish to receive the Ikon Pass Credit instead of the Lift Product voucher, there is no need to fill out this Claim Form, as it will be provided automatically if the Court approves the Settlement.**

Detailed information about qualifying 2019-20 Ikon Pass and Ikon Base Pass Holders, as well as benefits available under the terms of the settlement, can be found at www.SkiPassSettlement.com.

**WEB**:  www.SkiPassSettlement.com/submitaclaim

**MAIL**:  *Goodrich v. Alterra Mountain Company Settlement*
Class Action Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**Important Deadlines:** Claim Forms for 2019/20 Ikon Passes must be submitted online or postmarked by **January 2, 2023**.

**Potential Benefit:** If you purchased or received as a gift any form of Ikon Pass for the 2019/20 ski season, and used your 2019/20 Ikon Pass for mountain access to any Ikon Resort on one or more days on or before March 15, 2020, then you may be eligible for a Pass Credit toward the purchase of any Ikon Pass product available for the 2023/24 or 2025/25 Ski Season, as follows:

- A single $150 Pass Credit for Settlement Class Members who used their 2019/20 Ikon Pass to access an Ikon Resort exactly 1 day;

- A single $125 Pass Credit for Settlement Class Members who used their 2019/20 Ikon Pass to access an Ikon Resort exactly 2 days;

- A single $100 Pass Credit for Settlement Class Members who used their 2019/20 Ikon Pass to access an Ikon Resort exactly 3 days;

- A single $50 Pass Credit for Settlement Class Members who used their 2019/20 Ikon Pass to access an Ikon Resort exactly 4 days;

- A single $20 Pass Credit for Settlement Class Members who used their 2019/20 Ikon Pass to access an Ikon Resort exactly 5 or 6 days; and

- A single $10 Pass Credit for Settlement Class Members who used their 2019/20 Ikon Pass to access an Ikon Resort 7 or more days.

**If you are eligible, then the appropriate Pass Credit amount will automatically be applied to your individual Ikon pass holder profile, without your needing to fill out a Claim Form or take any other affirmative action.**

If you are eligible for a Pass Credit, you may instead elect in this Claim Form to receive a Lift Product Voucher, which may be applied toward the purchase of one single day lift ticket at any single Alterra-owned or operated resort ("Alterra Resort") to be used on or before July 31, 2025, as follows:

1

- Settlement Class Members who used their 2019/20 Ikon Pass to access an Ikon Resort exactly 1 day, may elect to receive one 50% Lift Product Voucher;

- Settlement Class Members who used their 2019/20 Ikon Pass to access an Ikon Resort exactly 2 days, may elect to receive one 40% Lift Product Voucher;

- Settlement Class Members who used their 2019/20 Ikon Pass to access an Ikon Resort exactly 3 days, may elect to receive one 30% Lift Product Voucher;

- Settlement Class Members who used their 2019/20 Ikon Pass to access an Ikon Resort exactly 4 days, may elect to receive one 25% Lift Product Voucher; and

- Settlement Class Members who used their 2019/20 Ikon Pass to access an Ikon Resort exactly 5 or more days, may elect to receive one 20% Lift Product Voucher.

**The above benefits are subject to additional terms and conditions set out in the Settlement Agreement and Long-Form FAQ Notice, both of which are available online at www.SkiPassSettlement.com.**

**Making a Claim:** If you believe you are an eligible Class Member, and you wish to elect a Lift Product Voucher instead of accepting the Pass Credit, then you must complete this entire Claim Form and submit the completed Claim Form by U.S. Mail or online at www.SkiPassSettlement.com by **January 2, 2023**.

**\*\*If you have questions about completing the Claim Form, please visit www.SkiPassSettlement.com, or contact the Claims Administrator at info@SkiPassSettlement.com or 855-484-8285.**

## CLAIM FORM CHECKLIST

**Before submitting this Claim Form, check that you have done the following:**

☐ Completed all fields in Section A (Name and Contact Information).

☐ Complete all fields in Section B (Information About Your 2019/20 IKON Pass).

☐ **If you wish to elect a Lift Product Voucher instead of a Pass Credit**, make that selection in Section C.

☐ Signed the Certification in Section D.

2

*Please keep a copy of your completed Claim Form for your records.*

| | | |
|---|---|---|
| **Your claim must be submitted online or postmarked by: January 2, 2023** | **2019-2020 Ikon Pass Class Action Litigation Settlement**<br>**Claim Form** | **IKON-CA**<br>**PART ONE** |

## SECTION A: NAME AND CONTACT INFORMATION

Provide your name and contact information below. <u>It is your responsibility to notify the Claims Administrator of any changes to your contact information after submitting your Claim Form</u>.

[ First Name ]   [ Last Name ]

[ Street Address ]

[ City ]   [ State ]   [ Zip Code ]

[ Phone Number ]   [ E-Mail Address ]

## SECTION B: INFORMATION ABOUT YOUR 2019/20 IKON PASS

[ ]
**Ikon Customer ID or Ikon Pass ID**

[ ]
**Mailing Address Associated With Ikon Pass Account Used to Purchase 2019/20 Ikon Pass**

[ ]
**Email Address Associated With Ikon Pass Account Used to Purchase 2019/20 Ikon Pass**

**Note**: Your Ikon Customer ID is contained in the email notice you received from the settlement administrator. If you did not receive an email or cannot locate your Customer ID, your Ikon Pass ID is located on the front of your physical Ikon Pass card, underneath the bar code. Alterra will make a good faith effort to locate your Ikon Pass Account based on the information you provide. **If Alterra cannot locate your Ikon Pass Account based on the information you provide, then your Claim Form may be deemed invalid.**

3

**SECTION C:   ELECTION OF LIFT PRODUCT VOUCHER INSTEAD OF PASS CREDITS**

The Settlement allows class members to elect whether to receive a Pass Credit or a Lift Product Voucher.  To receive the Pass Credit, you do not need to fill out this Claim Form and will receive it automatically.  However, to receive a Lift Product Voucher, you must select the Lift Product Voucher on this Claim Form instead of the Pass Credit.  **You may only select one option below.  If you select both options, you will receive the Pass Credits instead of the Lift Product Voucher.**

I wish to receive the following benefits under the Settlement:

☐     **A Lift Product Voucher instead of Pass Credits**

☐     **Pass Credits instead of the Lift Product Voucher**

**SECTION D:  CERTIFICATION STATEMENT**

**CERTIFICATION STATEMENT (*Please note that you will not be eligible to receive a Lift Product Voucher (if selected) unless you sign and date this statement*.):** I declare under the penalty of perjury of the laws of the United States that I qualify (or the minor on whose behalf I am submitting this Claim Form qualifies) for membership in the class because I (or the minor on whose behalf I am submitting this Claim Form qualifies) either purchased or received as a gift a 2019/2020 Ikon Pass or Ikon Base Pass and used it for mountain access to any Ikon Resort on one or more days on or before March 15, 2020. I declare under penalty of perjury of the laws of the United States that all information provided in this Claim Form is true and accurate.

| | |
|---|---|
| _____ | _____ |
| Signature  (Claimant or Parent / Legal Guardian) | Date |

_____
Print Name (Claimant)

_____
Print Name (Parent or Legal Guardian, if applicable)

4