IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt | Date:   January 19, 2023 |

**CASE NO.   20-cv-01057-RM-SKC**

| Parties | Counsel |
|---|---|
| ROBERT STEPHEN KRAMER, *et al.*, | Yeremey Krivoshey<br>Simon Franzini |
| Plaintiffs, | |
| v. | |
| ALTERRA MOUNTAIN COMPANY, *et al.*, | Andrew Unthank<br>Ryan Cooke |
| Defendants. | Kathryn Reilly |

## COURTROOM MINUTES

**FAIRNESS HEARING**
**Court in session:**          10:00 a.m.

Appearances of counsel.

Preliminary remarks made by the Court.

Discussion held regarding the Unopposed Motion for Final Approval (Doc. 147) and objections to the settlement.

The Court states findings regarding Unopposed Motion for Final Approval (Doc. 147), incorporating findings from the preliminary order as to certification of the class, and states rulings on objections.

**ORDERED:**   Unopposed Motion for Final Approval (Doc. 147) is GRANTED as stated on the record.

Discussion held regarding a plaintiff in a member case.

Discussion held and argument given regarding Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses and Plaintiffs' Service Award (Doc. 142).

**ORDERED:** Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses and Plaintiffs' Service Award (Doc.142) is GRANTED as it pertains to the service award and taken under advisement as to the remainder of the motion.

**Court in recess:**     **11:22 a.m.**
**Total in court time:**     **1:22**
**Hearing concluded.**